# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

**FILED**

JUN 2 3 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:20-CR-00819(2)-AM |
| | § | |
| (2) ARACELY KARINA TONCHE | § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Friday, November 13, 2020 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 23rd day of June, 2020.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE